

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00787-CV

Leticia R. **ALVAREZ**,
Appellant

v.

Reymundo **ALVAREZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-12-340
Honorable Romero Molina, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with the court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c). Costs of appeal are taxed against appellant, Leticia R. Alvarez.

SIGNED March 5, 2014.

_____
Karen Angelini, Justice